IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY FULLER                                                                                                    PLAINTIFF

vs.                                              CASE NO. **3:06CV00073 JFF**

MICHAEL J. ASTRUE,                                                                              DEFENDANT
Commissioner, Social Security
Administration

## JUDGMENT

Pursuant to the Order entered this date, the Court hereby affirms the final determination of the Commissioner and Plaintiff's complaint is hereby dismissed with prejudice.

Dated this 27th day of September, 2007.

                                                        /s/ John F. Forster, Jr.
                                        UNITED STATES MAGISTRATE JUDGE